EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACIÓN DE SALAS DE VERANO | 2011 TSPR 127

182 DPR ____ |

Número del Caso: ES-2011-2


Fecha: 29 de agosto de 2011

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


INTEGRACIÓN DE SALAS DE VERANO          ES-2011-2


RESOLUCIÓN


San Juan, Puerto Rico, a 29 de agosto de 2011.


De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se enmienda la Resolución de 10 de junio de 2011 a los efectos de constituir la composición de la Segunda Sala de Verano que funcionará durante el receso del verano del:

   Del 4 de septiembre al 11 de septiembre de 2011

        Hon. Federico Hernández Denton, Presidente
        Hon. Rafael L. Martínez Torres
        Hon. Erick V. Kolthoff Caraballo
        Hon. Luis F. Estrella Martínez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante todo el receso de verano.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo